IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. BROADHEAD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:18cv1013-MHT |
| | ) | (WO) |
| S. CALDWELL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant correctional officers beat him with a nightstick, maced him, and kicked him, all while he was handcuffed, and then denied him appropriate medical care for his injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failure to pay the filing and administrative fees upon initiation of this case, which he is required to pay upfront under 28 U.S.C. § 1951(g). There are no objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of January, 2019.

                                         /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE